FILED

2017 MAR -3 PM 3:31

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:17-cv-379-ORL-28
KRS

MARK M. WIECZOREK,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

Defendant.

_________________________________/

**NOTICE OF REMOVAL**

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter STATE FARM), pursuant to 28 U.S.C. §1441 et seq., removes this action from the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, styled Mark M. Wieczorek v. State Farm Mutual Automobile Insurance Company, Case No. 05-2017-CA-012202, wherein Plaintiff demands judgment against State Farm.

**I. THE STATE COURT CASE**

1. On February 13, 2017, Plaintiff served State Farm with the Complaint.

2. This Notice of Removal is filed within 30 days of receipt of this Complaint pursuant to 28 U.S.C. §1446(b).

3. The Complaint contains one count seeking underinsured motorist benefits under State Farm policies issued to Plaintiff, Mark M. Wieczorek. Count I seeks underinsured motorist benefits on account of bodily injuries allegedly sustained by Plaintiff, Mark M. Wieczorek, as a result of a January 12, 2015 motor vehicle accident.

4. Pursuant to 28 U.S.C. §1446(a) and Local Rule 4.02(b) of the United States District Court for the Middle District of Florida, State Farm files with this Notice of Removal, copies of all process, pleadings and orders served upon it (Exhibit A).

**II. VENUE**

5. Venue is proper in the Orlando Division of the Middle District of Florida because Brevard County is located within said division pursuant to 28 U.S.C. §1446(a) and Local Rule 1.02(b)(3) of the United States District Court for the Middle District of Florida.

**III. JURISDICTION**

6. Jurisdiction is proper in this court pursuant to 28 U.S.C. §1332 because there is complete diversity between

the parties and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7. There is complete diversity of citizenship. Plaintiff is a citizen of Florida (Exhibit A Complaint paragraph 4).

8. Defendant, State Farm, is a foreign corporation. Pursuant to 28 U.S.C. §1332(c)(1), State Farm is a citizen of Illinois by virtue of being a corporation organized under the laws of Illinois and its principal place of business in Illinois.

9. The amount in controversy exceeds $75,000 exclusive of interest and costs. The Complaint alleges that the Plaintiff is entitled to uninsured/underinsured motorist coverage under two State Farm policies issued to Plaintiff, Mark M. Wieczorek.

10. Additionally, Plaintiff, through his counsel of record, served a settlement demand on State Farm in the amount of $100,000 claiming that Plaintiff, Mark M. Wieczorek, sustained various personal injuries including injuries to his neck requiring two surgeries and an injury to his shoulder for which the Plaintiff subsequently underwent surgery. A copy of attorney Rariden's demand

letter dated November 3, 2016, is attached hereto as Exhibit B.

11. Given the nature and extent of Plaintiff's alleged injuries/damages and Plaintiff's demand for $100,000, this case exceeds the $75,000 jurisdictional requirement exclusive of interest and costs.

**IV. CONCLUSION**

12. The above-described action is one in which the Court has original jurisdiction under the provisions of 28 U.S.C. §1332 and is one in which may be removed to this Court by Defendant herein pursuant to 28 U.S.C. §§1441 and 1446 in that:

A. This is an action between citizens of different states; and

B. This is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of interest in costs.

13. State Farm demands trial by jury on all issues so triable.

14. Promptly after filing this Notice of Removal, State Farm will give written notice to all adverse parties and will file a copy of this notice with the Clerk of the State Court, pursuant to 28 U.S.C. §1446(d).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 3, 2017, I electronically submitted the foregoing document to the clerk of court for the United States District Court, Middle District of Florida, using the electronic case file system of the Court. The electronic case file system sent a "Notice of Electronic Filing" to the following individuals and a courtesy copy was also sent to: by email to Andrew Rariden, Esquire, The Trial Professionals, P.A. (andy@trialpro.com; milane@trialpro.com).

/s/F. Dean Hewitt
F. DEAN HEWITT, ESQUIRE
Florida Bar No.: 0623600
Email:
FDH.service@rissman.com
Rissman, Barrett, Hurt,
Donahue, McLain & Mangan,
P.A.
201 E. Pine Street
Suite 1500
Post Office Box 4940
Orlando, Florida 32802-4940
Telephone: (407) 839-0120
Facsimile: (407) 841-9726
Attorneys for Defendant
dean.hewitt@rissman.com

FDH/ahc