Filing # 51358384 E-Filed 01/19/2017 10:55:32 AM

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNT, FLORIDA

CASE NO. 05-2017-CA-012202-XXX-XX

**MARK M. WIECZOREK,**

Plaintiff,

vs.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**

Defendant.
_________________________________/

**COMPLAINT**

**COMES NOW,** Plaintiff, **MARK M. WIECZOREK,** by and through the undersigned attorney, sues Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** and states as follows:

1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of costs, interest, and attorney's fees.

2. At all times material hereto, Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** is an insurance company licensed to sell automobile insurance in the state of Florida, with agents for that business located in Orlando, Orange County, Florida.

3. At all times relevant hereto, Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** issued a policy of insurance which provides uninsured/underinsured motorist bodily injury benefits to Plaintiff, **MARK M. WIECZOREK.**

4. At all times material hereto, Plaintiff, **MARK M. WIECZOREK,** was and is a resident of Titusville, Brevard County, Florida.

5. The motor vehicle accident involved in this lawsuit occurred in Rockledge, Brevard County, Florida. As a result, Brevard County is the appropriate and proper venue for this case.

6. On or about January 12, 2015, Plaintiff, **MARK M. WIECZOREK,** was pulled over on the north shoulder of northbound State Road 9 on-ramp from Fiske Boulevard when the tortfeasor failed to pay proper attention and negligently struck the left rear of Plaintiff's vehicle.

**COUNT I - UNDERINSURED MOTORIST CLAIM AGAINST STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

Plaintiff re-alleges and reaffirms each and every allegation contained in paragraphs one (1) through six (6), inclusive of this Complaint, as though the same were more fully set forth at length herein, and further alleges:

7. The tortfeasor in this case, Eric R. Burden, had inadequate Bodily Injury Coverage in place at the time of the accident.

8. At the time of this accident, Plaintiff, **MARK M. WIECZOREK,** had policies of automobile insurance in effect with Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** Policy Numbers 59-6849-M66, C35 8307-E21-59B, and C35 8308-E21-59B.

8. The afore-described insurance policy was in full force and effect on the date of the automobile accident and all premiums due and owing had been paid.

9. All conditions precedent prior to the filing of this suit have been satisfied.

10. As a result of the collision, Plaintiff, **MARK M. WIECZOREK,** suffered bodily injury resulting pain and suffering, disability, loss of capacity for the enjoyment of life, expensive hospitalization, medical treatment, surgery, loss of earnings, and/or the loss of ability

to earn money. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

11. Plaintiff, **MARK M. WIECZOREK**, is entitled to uninsured/underinsured motorist bodily injury benefits under the policy with **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** referenced above as the value of the damages and injuries sustained in the subject accident exceeds the available bodily injury liability coverage available to the at-fault driver.

12. Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, is obligated to pay damages suffered by Plaintiff, **MARK M. WIECZOREK**, as a result of the subject accident that are in excess of the damages paid to him by the at-fault driver's insurance company.

**WHEREFORE**, Plaintiff, **MARK M. WIECZOREK**, demands judgment against the Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, for damages in excess of Fifteen Thousand Dollars ($15,000.00), for the costs of this action and for such other and further relief as this Court may deem just and proper.

Plaintiff hereby demands a trial by jury.

**DATED** this 19th day of January, 2017.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Florida Courts E-Filing Portal System and copies furnished by initial Process of Service.

*/s/ W. Andrew Rariden*
**W. Andrew Rariden, Esquire**
**The Trial Professionals, P.A.**
FBN: 0921520

1218 East Robinson Street
Orlando, Florida 32801
Telephone: (407) 300-0000
Facsimile: (407) 246-5022
**Designation Pursuant to F.R.J.A. 2.516**
andy@TrialPro.com
milane@TrialPro.com